LAWRENCE G. BROWN
Acting United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

FILED
APR 16 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00123 LJO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| RONALD LEON MARSHALL, aka Ryan Howard, aka Robert Jackson | |
| Defendant. | |

The indictment in this case having been sealed by Order of this court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the indictment be unsealed and made public record.

Dated: April 16, 2009

_____
GARY S. AUSTIN
United States Magistrate Judge

1