# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUL 0 9 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 09-CR-0123 LJO
Ronald Marshall )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Ronald Marshall____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting condition number 7(q), and replacing it with the following: You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 9 pm to 7 am as directed by the Pretrial Services Officer.
All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 6/19/09       _____ 6-19-09
Signature of Defendant     Date         Pretrial Services Officer   Date
Ronald Marshall                          Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                 6/25/09
Signature of Assistant United States Attorney          Date
Kirk Sherriff

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 7/6/09
Signature of Defense Counsel            Date
Marc Days

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  7-8-09.
☐ The above modification of conditions of release is *not* ordered.

_____                 7/8/09
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services