DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONALD LEON MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-CR-00123 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| RONALD LEON MARSHALL, | Date : September 18, 2009 |
| Defendant. | Time: 10:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above captioned matter now set for August 21, 2009, **may be continued to September 18, 2009, at 10:00 a.m.**

This continuance is requested because the parties are engaged in on-going plea negotiations. There has been an offer, counter offer, and counter-counter offer, but due to the recency of the latest offer, defense counsel has not yet had an opportunity to review the offer with the defendant. Based on the defendant's location in southern California, and defense counsel's schedule, the parties are requesting the hearing be continued. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              LAWRENCE G. BROWN
                                              United States Attorney

6  DATED: August 18, 2009                /s/ Kirk E. Sherriff
                                              KIRK E. SHERRIFF
7                                              Assistant United States Attorney
                                            Attorney for Plaintiff

9                                              DANIEL J. BRODERICK
                                            Federal Defender

11 DATED: August 18, 2009                /s/ Marc Days
                                              MARC DAYS
12                                             Assistant Federal Defender
                                            Attorney for Defendant
13                                             Ronald Leon Marshall

## **O R D E R**

16 Good Cause has been stated.   Time is excluded in the interests of justice pursuant to 18 U.S.C.
17 §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).
18      IT IS SO ORDERED.

19 **Dated:   August 18, 2009**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE