## United States District Court
### EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 06 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No.   1:09-CR-0123 LJO |
| Ronald Leon Marshall ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Ronald Leon Marshall___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the condition of release which pertains to electronic monitoring and curfew.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 11/6/09       _____ 11-6-09
Signature of Defendant        Date              Pretrial Services Officer    Date
Ronald Leon Marshall                              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                      11/6/09
Signature of Assistant United States Attorney           Date
Kirk E. Sherriff

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      11/6/09
Signature of Defense Counsel                    Date
Marc Days

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___forthwith___.

☐ The above modification of conditions of release is *not* ordered.

_____                      Nov 6 2009
Signature of Judicial Officer                   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services