1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MARC DAYS, CA Bar #184098
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONALD LEON MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-CR-00123 LJO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | SCHEDULE AND HEARING; |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| RONALD LEON MARSHALL, | ) | Date : May 14, 2010 |
| | ) | Time: 10:00 a.m. |
| *Defendant.* | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

counsel that a new trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Report Available | March 19, 2010 | April 9, 2010 |
| Informal Objections Due | April 2, 2010 | April 23, 2010 |
| Formal Objections Due | April 16, 2010 | May 7, 2010 |
| Sentencing Hearing | April 23, 2010 - 10:00 A.M. | May 14, 2010 - 10:00 A.M. |

This continuance is requested because counsel for defendant has been engaged in trial and has not been available to schedule a probation interview. Additional time is necessary to conduct that interview and prepare the requisite presentence investigation report. The requested continuance will conserve time and resources for both counsel and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

                        LAWRENCE G. BROWN
                        United States Attorney

DATED: March 12, 2010         /s/ Kirk E. Sherriff
                        KIRK E. SHERRIFF
                        Assistant United States Attorney
                        Attorney for Plaintiff

                        DANIEL J. BRODERICK
                        Federal Defender

DATED: March 12, 2010         /s/ Marc Days
                        MARC DAYS
                        Assistant Federal Defender
                        Attorney for Defendant
                        Ronald Leon Marshall

## O R D E R

**Good cause is apparent.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 17, 2010**         /s/ Lawrence J. O'Neill
                        UNITED STATES DISTRICT JUDGE