DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONALD LEON MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-CR-00123 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; |
| v. | ORDER |
| RONALD LEON MARSHALL, | Date : May 28, 2010 |
| Defendant. | Time: 10:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced proceedings now set for May 13, 2010, **may be continued to May 28, 2010, at 10:00 A.M.**

This continuance is requested because counsel for defendant has been engaged in trial and has not had an opportunity to review the Presentence Investigation Report with the defendant and needs additional time to meet with defendant and prepare any necessary and appropriate objections on defendant's behalf. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a
4  continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED:  April 30, 2010          /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  April 30, 2010          /s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Ronald Leon Marshall

### O R D E R

Good cause exists. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   May 3, 2010**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing Hearing; [Proposed] Order                2