DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONALD LEON MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-CR-00123 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING; |
| v. | ORDER |
| RONALD LEON MARSHALL, | Date : June 11, 2010 |
| *Defendant.* | Time: 10:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced proceedings now set for May 28, 2010, **may be continued to June 11, 2010, at 10:00 A.M.**

This continuance is requested by counsel for defendant because a revised probation report was received by the defense on May 17, 2010.  Defense counsel was out ill over most of the last two week and has not had an opportunity to review the report with the defendant.  Defense counsel needs additional time to meet with defendant and prepare any necessary and appropriate objections on defendant's behalf.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

                BENJAMIN B. WAGNER
                United States Attorney

DATED: May 25, 2010            /s/ Kirk E. Sherriff
                KIRK E. SHERRIFF
                Assistant United States Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: May 25, 2010            /s/ Marc Days
                MARC DAYS
                Assistant Federal Defender
                Attorney for Defendant
                Ronald Leon Marshall

**O R D E R**

**Due to illness, good cause is present to justify the continuance.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   May 25, 2010**            **/s/ Lawrence J. O'Neill**
                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order         2