DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONALD LEON MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-CR-00123 LJO |
| Plaintiff, | *EX PARTE* APPLICATION FOR ORDER EXTENDING SURRENDER DATE; ORDER |
| v. | |
| RONALD LEON MARSHAL, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Background

Defendant appeared before this court on June 11, 2010, for sentencing. Amongst other provisions of his Judgment, defendant is ordered to surrender into custody of the Bureau of Prisons to commence service of his 24-month term of incarceration on September 9, 2010. Due to defendant's unresolved health issues, the Bureau of Prisons has not yet designated defendant and is attempting to place him in a facility which will have the necessary resources to address his on-going health issues.

On September 8, 2010, the Office of the Federal Defender received a telephone call from Pretrial Services Officer Lydia Serrano who advised this office of the foregoing situation, and requesting that we attempt to obtain an extension of time for defendant's surrender to the Bureau of Prisons. Ms. Serrano suggested that we ask for a minimum of three weeks to allow the Bureau of Prisons to complete its designation process for Mr. Marshall. She further advised that she had relayed this information to Assistant United States Attorney Kirk Sheriff, but had not yet received a response from him.

**Application**

Based on the foregoing, and due to the shortness of time, counsel hereby makes this *ex parte* application for an order extending Defendant Ronald Marshall's surrender date to the Bureau of Prisons for a period of at least three weeks, i.e., on or after September 30, 2010, to allow the Bureau of Prisons sufficient time to designate Defendant to a facility which has the necessary resources available to address defendant's on-going health issues.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

DATED:   September 8, 2010              /s/   Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
Ronald Leon Marshall

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 P.M. on SEPTEMBER 30, 2010.

The remaining terms of the Amended Judgment entered in this matter on June 17, 2010, shall remain in full force and effect until further order of the court.

The U.S. Attorney handling this case has indicated that he has no objection to the request.

IT IS SO ORDERED.

**Dated:   September 9, 2010**              /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE